# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | | |
|---|---|---|
| In the Matter of | Case No: 15cv9251 | JURY DEMAND |
| Willie Mance | | Judge J. Lee |
| vs. | | |
| City of Chicago, et al. | | |

## AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Officers Tyrone, Gamble, Siler and Carlos Sandoval

| | |
|---|---|
| SIGNATURE /s/ Arlene E. Martin | |
| FIRM City of Chicago, Department of Law, Corporation Counsel | |
| STREET ADDRESS 30 No. LaSalle Street - Suite 900 | |
| CITY/STATE/ZIP Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06189906 | TELEPHONE NUMBER 312.744.6949 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ■ NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ■ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ■ NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES X NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |